**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON T. SHORTES,**

        **Plaintiff,**

**-vs-**                                     **Case No. 6:11-cv-1290-Orl-28GJK**

**BREVARD COUNTY STATE**
**ATTORNEY'S OFFICE,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Affidavit of Indigency (interpreted as a Motion to Proceed *in forma pauperis*) (Doc. No. 2) filed August 4, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed for lack of subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 15, 2011 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

---

[1] The Court notes Plaintiff filed a Notice of Appeal (Doc. No. 15) from "a final judgment or order(s) Entered By The Court in this action," (emphasis in original), as well as a Motion to appeal *in forma pauperis* (Doc. No. 16).

  3. This case is dismissed for lack of subject matter jurisdiction.

  4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge